**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lee Co. Sheriff's Dept.
1900 Frederick Rd.
Opelika, AL 36801

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Hazel Ann Brown*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )
HAZEL A. Brown

C. Date of Delivery
4-7-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08-246 Cmp, Sms

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7004 1160 0003 5800 3053

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540