IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAVENTA HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3:08-cv-00246 |
| | ) | |
| v. | ) | |
| | ) | DEMAND FOR JURY |
| LEE COUNTY SHERIFF'S DEPARTMENT, | ) ) ) | |
| Defendant. | | |

### CONFLICT DISCLOSURE STATEMENT

**COMES NOW**, Laventa Harris, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

This party is an individual and has no affiliations with reportable entities.

Submitted this 14th day of April, 2008.

/s/Kathryn Dickey
Kathryn Dickey (ASB 8797-d57k)
Attorney for Plaintiff

OF COUNSEL:
Law Offices of Kathryn Dickey
322 Alabama Street
Suite B
Montgomery, AL 36104
(334) 262-0728
(334) 26507696  fax
kay@dickeylawfirm.com