# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAVENTA HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 3:08-cv-00246-WC |
| | ) |
| **LEE COUNTY SHERIFF'S DEPARTMENT,** | ) |
| | ) |
| **Defendant.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Lee County, Alabama Sheriff's Department, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |

Respectfully submitted this 22nd day of April, 2008.

                    **s/Daryl L. Masters**
                    DARYL L. MASTERS, Bar No. MAS018
                    Attorney for Defendant
                    WEBB & ELEY, P.C.
                    Post Office Box 240909
                    7475 Halcyon Pointe Dr. (36117)
                    Montgomery, Alabama  36124
                    Telephone:  (334) 262-1850
                    Fax:  (334) 262-1889
                    E-mail:  dmasters@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant**:  Kathryn M. Dickey, Esq.**

                    **s/Daryl L. Masters**
                    OF COUNSEL