IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAVENTA HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:08-cv-246-MEF |
| ) | |
| LEE COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #8) filed on April 28, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before May 9, 2008 as to why the motion should not be granted.

DONE this the 30th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE