IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAVENTA HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:08-cv-246-MEF |
| | ) |
| LEE COUNTY SHERIFF'S DEPARTMENT, | ) ) |
| | ) |
| Defendants | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint (Doc. #10) filed on May 9, 2008, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that defendant's Motion to Dismiss (Doc. #8) filed on April 28, 2008 is DENIED as moot.

DONE this the 12th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE