IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAVENTA HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:08-cv-246-MEF |
| | ) |
| LEE COUNTY SHERIFF'S DEPARTMENT, | ) ) |
| | ) |
| Defendants | ) |

# **O R D E R**

Upon consideration of the defendants' Motion to Dismiss Amended Complaint (Doc. #15) filed on May 23, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before June 5, 2008 as to why the motion should not be granted.

DONE this 29th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE