**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Bill McGuire
1900 Frederick Road
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Hazel A. Brown_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
HAZEL A. Brown    5-29-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

08 CV 246  Sms 2 Amd Comp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 3450 0000 3375 8164

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sherriff Jay Jones
Lee County Sheriffs Office
1900 Frederick Road
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Hazel A. Brown_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
HAZEL A. Brown    5-29-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

08 CV 246 #11 Amd Comp    Sms.

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 3450 0000 3375 8157

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154