IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAVENTA HARRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:08-cv-246-MEF |
| | ) |
| LEE COUNTY SHERIFF'S | ) |
| DEPARTMENT, | ) |
| | ) |
|     Defendants | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Reply (Doc. #20) filed on June 13, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of June, 2008.

                                                 /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE