IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAVENTA HARRIS, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO.: 3:08-cv-246-MEF |
| | ) |
| JAY JONES, SHERIFF OF LEE COUNTY | ) |
| SHERIFF'S DEPARTMENT, *et al.,* | )   (WO- Not Recommended for Publication) |
| | ) |
|    DEFENDANTS. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all federal claims in this action judgment is ENTERED in favor of Defendants against Plaintiff, with Plaintiff taking nothing by her claims.

(2) Plaintiff's remaining state-law claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367.

(3) Costs are TAXED in favor of Defendants against Plaintiff for which execution may issue.

(4)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 31st day of March, 2009.

                                                        /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE